UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ONLINE TRAVEL COMPANY (OTC) | § | Case No. 3:12-MD-2405-B |
| HOTEL BOOKING ANTITRUST | § | Consol. Civil Action No. 3:12-cv-3515-B |
| LITIGATION | § | |
| | § | (This document relates to all cases.) |

## ORDER CONSOLIDATING CASES

Before the Court are numerous class actions brought against various online travel companies and hotels alleging price fixing of hotel rooms in violation of federal and state law. The Court notes that the United States Judicial Panel on Multidistrict Litigation ("MDL Panel"), in transferring the majority of these cases to the Northern District of Texas, found that these actions involved common questions of fact.

Consolidation of cases is appropriate "when the cases involve common questions of law and fact, and . . . it would avoid unnecessary costs or delay." *St. Bernard Gen. Hosp., Inc. v. Hosp. Serv. Ass'n of New Orleans, Inc.*, 712 F.2d 978, 989 (5th Cir. 1983); Fed. R. Civ. P. 42. Based on the complaints in the cases originally filed in the Northern District of Texas and also the cases transferred here by the MDL Panel, the Court finds that they involve common questions of law and fact. Also, given the current posture of each case, consolidation of these cases would not cause unnecessary costs or delay. Further, all parties appear to agree that consolidation of these cases is appropriate. Accordingly, the Court hereby **ORDERS**:

1. All cases transferred to the Northern District of Texas by the MDL Panel in MDL 2405 as well as all cases filed in the Northern District of Texas and related to MDL 2405 are consolidated for pretrial purposes, pursuant to Federal Rule of Civil Procedure 42(a). All pleadings, motions, or other filings shall hereafter be filed in Case No. 3:12-cv-3515-B.

2. The Clerk of Court shall administratively close all individual cases within and related to MDL 2405, with the exception of Case No. 3:12-cv-3515-B.

3. The actions so consolidated shall be hereafter styled Consolidated Civil Action No. 3:12-cv-3515-B, *In re: Online Travel Company (OTC) Hotel Booking Antitrust Litigation*.

If not done previously, any attorney appearing in the consolidated case **must** register for electronic filing via the Northern District of Texas' CM/ECF system within three (3) days.

SO ORDERED.

DATED: February 26, 2013.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE